IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST VADEN,

        Plaintiff,                    No. CIV S-06-1836 GEB KJM P

    vs.

DEFENDANTS OF HIGH
DESERT STATE PRISON, et al,

        Defendants.           <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed February 6, 2007, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has now filed an amended complaint.

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants: Summerhill, Gower, Chapman, and St. Andre.

1

1      2. The Clerk of the Court shall send plaintiff four USM-285 forms, one
2  summons, an instruction sheet and a copy of the amended complaint filed March 7, 2007.
3      3. Within thirty days from the date of this order, plaintiff shall complete the
4  attached Notice of Submission of Documents and submit the following documents to the court:
5      a. The completed Notice of Submission of Documents;
6      b. One completed summons;
7      c. One completed USM-285 form for each defendant listed in number 1
8      above; and
9      d. Five copies of the endorsed amended complaint filed March 7, 2007.
10     4. Plaintiff need not attempt service on defendants and need not request waiver of
11 service.  Upon receipt of the above-described documents, the court will direct the United States
12 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
13 without payment of costs.
14 DATED:  May 1, 2007.

_____
U.S. MAGISTRATE JUDGE

19  2
20  vade1836.1amd

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST VADEN,

      Plaintiff,

vs.

DEFENDANTS OF HIGH DESERT STATE PRISON, et al.,

      Defendants.

No. CIV S-06-1836 GEB KJM P

NOTICE OF SUBMISSION OF DOCUMENTS

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____  completed summons form

    _____  completed USM-285 forms

    _____  copies of the _____

            Amended Complaint

DATED:

                                                  Plaintiff