IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST VADEN,

     Plaintiff,                   No. CIV S-06-1836 GEB KJM P

    vs.

OFFICER SUMMERHILL et al.,

     Defendants.          ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed a motion to amend his complaint. Plaintiff's motion was not, however, accompanied by a proposed amended complaint. As a litigant proceeding in forma pauperis, plaintiff's pleadings are subject to evaluation by this court pursuant to the in forma pauperis statute. See 28 U.S.C. § 1915. Moreover, an amended or supplemental complaint supersedes the original complaint. See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967). Once an amended pleading is filed, the original pleading no longer serves any function in the case. Id.; see also E.D. Local Rule 15-220. The court is unable to evaluate the proposed amended complaint and the single page plaintiff has filed is not a proper pleading with which to supersede his original complaint.

/////

/////

Accordingly, IT IS HEREBY ORDERED that plaintiff's December 3, 2007 motion to amend his complaint is denied without prejudice.

DATED: December 17, 2007.

_____
U.S. MAGISTRATE JUDGE

2
vade1836.10