IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST LEE VADEN,

      Plaintiff,                       No. CIV S-06-1836 GEB KJM P

    vs.

K. SUMMERHILL, et al.,

      Defendants.           ORDER

_____/

        Plaintiff has requested an extension of time to file and serve objections to the September 24, 2008 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's request for an extension of time (docket no. 50) is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve objections to the September 24, 2008 findings and recommendations.

DATED: November 5, 2008.

_____
U.S. MAGISTRATE JUDGE

/mp
vade1836.36