IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST VADEN,

        Plaintiff,                    No. CIV S-06-1836 GEB KJM P

   vs.

OFFICER SUMMERHILL, et al.,

        Defendants.            <u>ORDER</u>

        Plaintiff has filed his second request for an extension of time to file and serve objections to the September 24, 2008 findings and recommendations. Good cause appearing, the request will be granted. No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's request for an extension of time (Docket No. 53) is granted; and

        2. Plaintiff is granted one hundred fifty days from the date of this order in which to file and serve objections to the September 24, 2008 findings and recommendations. No further extensions of time will be granted.

DATED: December 5, 2008.

                                              U.S. MAGISTRATE JUDGE

/mp
vade1836.36sec